UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. RIDGEWAY,

        Plaintiff,        CIV. S-01-1351 FCD PAN PS

    v.

VALLEY MEDIA, INC., et al.,        ORDER

        Defendants.

-oOo-

    Remaining defendant Valley Media, Inc., against which these proceedings were stayed pursuant to 11 U.S.C. § 362, filed a status report September 26, 2005.  Defendant states it has settled with plaintiff pursuant to stipulation approved by the bankruptcy court and such stipulation includes the bankruptcy court's retention of jurisdiction over any further claims, if any, plaintiff has pending in this court.

    Accordingly, the parties are directed to file a stipulation for voluntary dismissal of this action pursuant to

1 | Fed. R. Civ. P. 41(a)(1)(ii).
2 | So ordered.
3 | Dated: November 9, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge