IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. RIDGEWAY,

        Plaintiff,        CIV. S-01-1351-FCD-PAN-PS

   v.

VALLEY MEDIA, INC., et al.,        ORDER

        Defendants.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On January 23, 2006, Judge Nowinski recommended that plaintiff's action be dismissed against Valley Media, Inc.  No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

that:

1.  The Findings and Recommendations filed January 23, 2006, are adopted in full; and

2.  This action is dismissed against Valley Media, Inc., pursuant to Fed. R. Civ. P. 41(b).

DATED: March 9, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2